1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

_____ )
BOARD OF TRUSTEES OF THE WESTERN )
METAL INDUSTRY PENSION FUND, )
                                          )         Case No. C20-1658RSL
                Plaintiff, )
        v. )
                                          )         ORDER TO SHOW CAUSE
TUBE HOLDING PNEUMATIC dba WESTERN )
PNEUMATIC TUBE COMPANY, LLC, )
Washington UBI No. 602704980, )
                                          )
                Defendant. )
_____ )

9
10
11
12
13
14
15
16
17
18
19
20
21

        On December 9, 2020, the Court issued an order requiring the parties to file a Joint

Status Report by January 6, 2021.  No such report has been filed and the parties have not sought

or obtained an extension of time in which to make the required submission.  The parties shall, no

later than Thursday, January 28, 2021, file their Joint Status Report and show cause to the Court

why sanctions including dismissal should not be imposed for their failure to comply with the

Order of December 9, 2020.  The Clerk is directed to place this Order to Show Cause on the

Court's calendar for January 29, 2021.

        DATED this 12th day of January, 2021.

                        _Mrt S Lasnik_____
                        Robert S. Lasnik
                        United States District Judge

22
23
24
25
26

ORDER TO SHOW CAUSE