THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TUBE HOLDING PNEUMATIC dba WESTERN PNEUMATIC TUBE COMPANY, LLC, Washington UBI No. 602704980,<br><br>　　　　　Defendant. | NO. 2:20-cv-01658-RSL<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT AND ACTION WITH PREJUDICE |

This Stipulated Dismissal is entered into between Plaintiff and Defendant Tube Holding Pneumatic dba Western Pneumatic Tube Company, LLC.  The parties hereby stipulate to a dismissal of all claims against the named defendant with prejudice and without costs or attorney fees to any parties.

////

////

STIPULATED MOTION FOR VOLUNTARY DISMISSAL– 1
Cause No. 2:20-cv-01658-RSL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

7301 017 ea12g70118



|   |   |   |
|---|---|---|
| 1 | DATED this 12th day of January, 2021. | |
| 2 | Stipulated by: | |
| 3 | Barlow Coughran | Fisher & Phillips LLP |
|   | Morales & Josephson, P.S. | Attorneys for Defendant |
| 4 | Attorneys for Plaintiff Trust Fund | |

  /s/ Noelle E. Dwarzski                                   /s/ Todd A. Lyon (with permission)
Noelle E. Dwarzski, WSBA #40041          Todd A. Lyon, WSBA #30387

### JUDGMENT

NOW THEREFORE, it is hereby ordered and adjudged that Defendant Tube Holding Pneumatic dba Western Pneumatic Tube Company, LLC and this action are hereby dismissed with prejudice and without costs or attorney fees to any parties.

DATED this  14th  day of   January   , 2021.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

Barlow Coughran                                     Fisher & Phillips LLP
Morales & Josephson, P.S.                     Attorneys for Defendant
Attorneys for Plaintiff Trust Fund

  /s/ Noelle E. Dwarzski                                   /s/ Todd A. Lyon (with permission)
Noelle E. Dwarzski, WSBA #40041          Todd A. Lyon, WSBA #30387

STIPULATED MOTION FOR VOLUNTARY DISMISSAL– 2
Cause No. 2:20-cv-01658-RSL



BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

7301 017 ea12g70118

